CLINTON G. IRLAND, Appellant, v. J. CLARK ROOT, Respondent.— Appeal

dismissed, unless appellant shall, on or before February twenty-fourth, file and serve printed papers on appeal and pay to respondent's attorney ten dollars and be ready for argument at opening of March term.

CLOVER CREST STOCK FARM, INC., Respondent, v. NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers on appeal within thirty days after service upon appellant's attorney of a copy of this order with notice of entry thereof.